IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TROUVE ENTERPRISES and BRIAN J. TENNEY,

Plaintiffs,

v.

NEWELL RUBBERMAID INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation and WAL-MART STORES, INC., a Delaware corporation,

Defendants.

Case No. 07-C-0601-C
Hon. Barbara B. Crabb
Magistrate Judge Stephen L. Crocker

## ~~PROPOSED~~ ORDER OF DISMISSAL

Upon the Stipulation of the Parties, by their respective counsel,

IT IS ORDERED THAT this action, including all claims, is dismissed with prejudice and without costs to any party.

Dated: _April 7_, 2008.

_Barbara B. Crabb_
The Honorable Barbara B. Crabb

20943947_1.DOC